UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KOLBUSZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION, *et al.*,<br><br>　　　　Defendants. | No. 17-319 (EGS/GMH) |

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the accompanying Memorandum Opinion and Order docketed this same day, it is hereby

**ORDERED** that the Clerk shall enter final judgment in favor of Defendants and against Mr. Kolbusz as to Mr. Kolbusz's failure to administratively exhaust his February 2017 Request, the adequacy of the FBI's and EOUSA's searches for documents responsive to his October 2016 Request, the FBI's withholding of information under Exemption 5, and Defendants' withholding of information under Exemptions 6 and 7(C); and it is further

**ORDERED** that the Clerk shall enter final judgment against Defendants as to EOUSA's categorical withholding under FOIA of information responsive to Mr. Kolbusz's July 2017 Request, the

FBI's withholding of information under FOIA Exemptions 7(D) and 7(E), and the FBI's segregability determination.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

The Clerk of Court is directed to terminate this case.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
            United States District Judge
            February 17, 2023**